**STATE of Missouri, Respondent,**

v.

**Michael FRANCOIS, Appellant.**

**No. WD 60039.**

Missouri Court of Appeals,
Western District.

Jan. 29, 2002.

Lawrence E. Kinnamon, Jr., St. Joseph, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, EDWIN H. SMITH, and VICTOR C. HOWARD, Judges.

### ORDER

PER CURIAM.

Michael Francois appeals from his conviction for possession of a controlled substance with intent to distribute pursuant to § 195.211. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining

the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).